# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                    CASE NO. 4:14-CR-00135-BSM

CHARLES STRAIN                                 DEFENDANT

## ORDER

Charles Strain's motion for compassionate release [Doc. No. 221] is denied without prejudice. There is no jurisdiction over his motion because he has failed to exhaust his administrative remedies. *United States v. Smith*, 2020 WL 2487277, at *5 (E.D. Ark. May 14, 2020).

Jurisdiction will attach when Strain exhausts all administrative rights to appeal the failure of the BOP to bring a motion on his behalf, or thirty days have passed from the receipt of such a request by the warden of his facility, whichever is earlier. 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED this 1st day of December, 2021.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE